Order issued October 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00095-CV

**BOOKLAB INC. AND JEFFREY SLOSAR, Appellants**

V.

**KONICA MINOLTA BUSINESS SOLUTIONS, INC. AND CIT TECHNOLOGY FINANCING SERVS., INC., Appellees**

## ORDER

Before Justices O'Neill, Richter, and Lang-Miers

The Motion for Rehearing and Motion for Reconsideration En Banc filed by appellant is hereby OVERRULED.

MICHAEL O'NEILL
JUSTICE